UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA          ) Case Number: CR 00-6154
                    Plaintiff.    )              JR-JORDAN
                                  ) REPORT COMMENCING CRIMINAL
     -vs-                         )         ACTION
                                  )
    Bert Caskill                  )   55355004
_____   )
            Defendant

****************************************************

TO: Clerk's Office      MIAMI  (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court           (circle one)

FILED by ___ D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/21/00  7:00 (am)/pm

(2) Languge Spoken: English

(3) Offense(s) Charged: Title 18, Sec. 962(d), 1955, 892, 894,
    956(h)

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 10/1/52

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date:_____ (9) Arresting Officer:_____

(10) Agency:_____  (11) Phone:_____

(12) Comments:_____

Rec'd in MIA Dkt  6/26

24/3