COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: BERT CASKILL        (J)        CASE NO:    00-6154-CR-JORDAN

AUSA: PAUL SCHWARTZ _pres_        ATTY: _Dennis Bodard_

AGENT: FBI        VIOL: 18:1956(h)

PROCEEDING I/A ON SEALED INDICT.    RECOMMENDED BOND 100,000 CSB w/NEBBIA

BOND HEARING HELD - yes /~~no~~        COUNSEL APPOINTED

BOND SET @ 250,000 PSB        _[stamp: FILED by ___ D.C. JUN 2? 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]_

SPECIAL CONDITIONS:

1) To be cosigned by: _wife + sister (Roz Getter)_

2) Rpt to PTS _as directed_    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

_4) surrender passport by 4 pm on 6-23 if it is not expired_

_Gov't ore tenus motion to unseal – Granted advised of charges – will attempt to retain counsel_

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:    6-23    11    LSS

        PTD/BOND HRG:

        PRELIM/ARRAIGN:    6-23    11    LSS

        REMOVAL HRG:

        STATUS CONF:

Date: 6/21/00    Time 11:00    FTL/LSS TAPE #00- 030    Begin: 1575    End:

Rec'd in MIA Dkt 6/26        re-call 031- 920    /1097

        43/g