AO 442 (Rev. 12/85) Warrant for Arrest    AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   481 470

UNITED STATES OF AMERICA

V.

BERT CASKILL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154 CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BERT CASKILL _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy.

in violation of Title 18 United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 Corporate Surety Bond with Nebbia  by  BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | [signature] |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

85/8