COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BERT CASKILL (B)                        CASE NO: 00-6154-CR-JORAN
AUSA: PAUL SCHWARTZ   *pres*                  ATTY: DENNIS BEDARD   *pres*
AGENT:                                        VIOL:
PROCEEDING INQ RE CNS/ARRAIGNMENT  RECOMMENDED BOND
BOND HEARING HELD - yes/no         COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*M/ for modification of bond to be filed by govt.*

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 7-3  10  *miam duty*
                        PTD/BOND HRG:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/23/00   Time: 11:00   FTL/LSS TAPE #00-053   Begin: 1673   End: 1819

Rec'd in MIA Dkt 6/27                                            94/3