UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

FILED by _____ D.C.

JUN 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO: _OO-6154-CR-Jorda,_

STYLE: _USA v Caskill_

DATE: _6/23/00_

The Chambers of the Honorable _Lurana S. Snow_.
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

_____ Docket this document as a motion for _____

_____.

_____ Docket this document as a response to the following
motion: _____.

_____ Docket this document as an answer _____.

_____ Docket this document as _____.

_____ Docket this as an information matter only and file on the
left side of the file.

✓ Other: _Co-signature page to_
_Bert Caskill's bond._

_____

_____

Signed: _____

Name: _____

Title: _Mag CRD_

JUN _____

REC'D IN MIA DKT _____

Case No: _OO - 6154-CR-Jordan_

## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a _$ 250,000_

personal surety bond on behalf of _Bert Caskill_ and I understand that if the

above-named individual fails to appear at a court proceeding as directed by the court, I will be

responsible for the payment of the above amount to the United States of America.

Dated this _22_ day of _June_ , 2000.

_____
Name

_____
Address

_____
City                                State          Zip

Sworn and subscribed before me this _22_ day of _June_, 2000.

_____
NOTARY PUBLIC

My Commission Expires:

_____

OFFICIAL NOTARY SEAL
CAROLYN K STARKWEATHER
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC744425
MY COMMISSION EXP. MAY 30, 2002

Return form to:    _attn : Benny_
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301