```
FILED by _____ D.C.
         JUL   2000
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

**ARRAIGNMENT INFORMATION SHEET**

vs.

BERT CASKILL

Jail No.: ON BOND

                Defendant.          Language:_____
_____/

The above-named Defendant appeared before **Magistrate Judge** STEPHEN T. BROWN___, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address:_____ON BOND_____
                    _____

                    Tel. No:_____

Defense Counsel:    Name : Dennis Bedard
                           1717 N. Bayshore Dr.
                           Ste 102, Miami, FL 33132
                    Tel. No.(305) 530-0795

Bond Set/Continued:     $ 250K PSB

Dated this __3RD__ day of __JULY_____, 2000.

                    CLARENCE MADDOX, COURT ADMINISTRATOR

                    BY_STEPHANIE A. LEE_____
                       Deputy Clerk

c: Clerk for Judge
   U.S. Attorney                  TAPE NO. 00D- 75-2590
   Defense Counsel                DIGITAL START NO._____
   Pretrial Services

