```
REC'D BY _____ D.C.
         2000
         BOX
         ST. CT.
         FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6154-CR-WPD

UNITED STATES OF AMERICA,

vs.

Bert Caskill

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

---

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

✓ _____ Private counsel Dennis Bedard appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this 3rd day of July, 2000.

TAPE NO. 00D-75-2590

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

166/99