# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6154 CR-~~JORDAN~~ WPD

vs.

BERT CASKILL
et. al.,

    Defendants
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Dennis R. Bedard, hereby enters, on behalf of the Defendant, BERT CASKILL, a notice of appearance and requests that all discovery and correspondence be sent to the below listed address.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered on this 3rd day of July, 2000 to Paul F. Schwartz, Assistant United States Attorney, Southern District of Florida.

                Respectfully submitted,

                Dennis R. Bedard
                1717 North Bayshore Drive
                Suite 102
                Miami, Florida 33132
                (305) 530 0795
                (305) 530 9587 FAX

                By: _____
                Dennis R. Bedard
                FBN 759279

