# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6154 CR-
DIMITROULEAS

vs.

BERT CASKILL
et. al.,

           Defendants
_____/

## DEFENDANT BERT CASKILL'S MOTION FOR CONTINUANCE

COMES NOW the Defendant, Bert Caskill, through undersigned counsel, and respectfully moves for a continuance of the above trial presently scheduled for August 8, 2000, and in support thereof, submits the following:

1. The Defendant was arraigned on July 3, 2000.

2. On July 3, 2000, undersigned counsel received the Government's Response to the Standing Discovery Order. The government stated that it is in possession of 133 cassette tapes and approximately 1,000 conversations regarding court authorized wiretap interceptions.

3. Undersigned counsel will need additional time to review these recordings as well as make any necessary motions to suppress the voice interceptions as well as prepare for trial.

4. Undersigned counsel has a previously scheduled vacation with his family in North Carolina during the week of July 31, 2000 through August 4, 2000 and will be unavailable during that time.

NON-COMPLIANCE OF S.D. fla. L.R. 7.1A4|5.1.B



## CERTIFICATION UNDER LOCAL RULE 88.9

5. That pursuant to Local Rule 88.9, undersigned counsel has conferred with Assistant United States Attorney Paul F. Schwartz, who has stated that he has no objection to continuing the trial of this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of July, 2000 to Paul F. Schwartz, Assistant United States Attorney, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, as well as the attorney listed on the attached service list.

Respectfully submitted,

Dennis R. Bedard
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By_____

Dennis R. Bedard
FBN 759279

## CERTIFICATE OF SERVICE LIST

Phillip Horowitz
Southpark Centre
12651 S. Dixie Hwy.
Miami, Florida 33156
(Counsel for James Travers)

Allen Kaufman, Esquire
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

Dohn Williams, Esquire
721 NE 3' Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esquire
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Raymond Miller, Esquire
400 Southeast 6" Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 SE 6th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esquire
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 SE 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esquire
Federal Public Defender's Office
1 01 NE 3' Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Counsel for Emro Capri)

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)