UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

BERT CASKILL,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's July 21, 2000 Motion For Continuance of Trial Date [DE-230] and the Court notes that Defendant did not comply with S.D. Florida Local Rule 7.1A(2) in that Defendant failed to include a proposed order, the Court, denies the motion without prejudice to renew at the Calendar Call. The Court resets the Calendar Call to August 8, 2000 at 8:45 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28 day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Dennis R. Bedard, Esquire
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132

