**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

                                CASE NO.  00-6154 CR-
                                DIMITROULEAS

vs.

BERT CASKILL
et. al.,
                    Defendants
_____/

## DEFENDANT BERT CASKILL'S MOTION TO ADOPT MOTIONS OF H. DOHN WILLIAMS, ATTORNEY FOR JOSEPH ROTUNNO AND MOTIONS OF DAVID VINIKOOR AND RAYMOND MILLER, ATTORNEYS FOR MARTIN ZARCADOOLAS

        COMES NOW the Defendant, Bert Caskill, through undersigned counsel, and

respectfully moves this Court to allow him to adopt any and all motions filed in this

action by Defendants Joseph Rotunno and Martin Zarcodoolas, and in support thereof

submits the following.

        1. The Defendant, Bert Caskill, has been indicted in the instant case.

        2. As part of the discovery submitted to undersigned counsel, there are

approximately twenty conversations of the Defendant that were obtained pursuant to an

application to the United States District Court by the government for authorization to

place a wiretap on the telephone of Defendant Joseph Rotunno.

        3. Caskill has standing to challenge the government's use of this evidence at the

trial of this matter.



## CERTIFICATION UNDER LOCAL RULE 88.9

4. That pursuant to Local Rule 88.9, undersigned counsel has conferred with Assistant United States Attorney Paul F. Schwartz, who has stated that he has no objection to continuing the granting of the instant motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of September, 2000 to Paul F. Schwartz, Assistant United States Attorney, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, as well as the attorney listed on the attached service list.

Respectfully submitted,

Dennis R. Bedard
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By

Dennis R. Bedard
FBN 759279

## CERTIFICATE OF SERVICE LIST

Phillip Horowitz
Southpark Centre
12651 S. Dixie Hwy.
Miami, Florida 33156
(Counsel for James Travers)

Allen Kaufman, Esquire
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

Dohn Williams, Esquire
721 NE 3' Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esquire
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Raymond Miller, Esquire
400 Southeast 6" Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 SE 6th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esquire
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 SE 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esquire
Federal Public Defender's Office
1 01 NE 3' Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Counsel for Emro Capri)

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)