# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6154 CR-
DIMITROULEAS

vs.

BERT CASKILL
et. al.,
  Defendants
_____/

FILED by _____ D.C.

SEP 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

IT IS HEREBY Ordered and Adjudged that Defendant, Bert Caskill's, motion to adopt the motions of Joseph Rotunno and Martin Zarcodoolas is granted.

Done and Ordered this __12__ day of __September__, 2000.

_____
United States District Court Judge

cc: Counsel of Record

