**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
OCT 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6154-CR-WPD       DATE: October 23, 2000

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: Bob Ryckoff

PROBATION: _____       INTERPRETER: _____

UNITED STATES OF AMERICA       VS.       Bert Cashill

U.S. ATTORNEY: Paul Schwartz & Julia Stiller       DEFT. COUNSEL: Dennis Bedard

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court, Deft to enter guilty plea to Count 1, Gov agrees to dismiss any remaining Counts @ Sentencing. Court accepts guilty plea. (2-5)

CASE CONTINUED TO: 1/5/01       TIME: 1:30       FOR: Sentencing
MISC: Written plea agreement filed.

458/19