UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.  CASE NO. 00-6154-CR-DIMITROULEAS

BERT CASKILL

TYPE OF CASE:     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.          COURTROOM 203E
FT. LAUDERDALE, FL 33301      DATE & TIME:
                              **January 12, 2001 AT 4:00 P.M.**
                              **(Previously set for January 5, 2001 at 1:30 )**

TYPE OF       SENTENCING
HEARING:

                              CLARENCE MADDOX,
                              CLERK OF COURT

DATE: November 28, 2000       BY DEPUTY CLERK

cc:  Paul Schwartz, AUSA
     Dennis Bodard, Esq.
     United States Probation Office