**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-Cr-WPD    DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Bert Caskill

U.S. ATTORNEY: Neil Schwartz    DEFT. COUNSEL: Dennis Bedard

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed: 21 months BOP, 3 years Supervised Release, no fine, $100.00 assessment

Court recommends designation to SD/FL

Motion for voluntary surrender is Denied.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Deft. informed of right to Appeal.