**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6154-CR-DIMITRIOULEAS

-------------------------------------------------X

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

--Vs.—

**BERT CASKILL,**

    **Defendant.**
-------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benson B. Weintraub, Esq. hereby enters an appearance as counsel of record on behalf of the referenced defendant for post-conviction matters.

Respectfully submitted,

**BENSON B. WEINTRAUB, PA**
Counsel for Defendant
1 East Broward Blvd. # 700
Ft. Lauderdale, FL. 33301
Tel. 954 713 8018
Fax 954 713 8019
http://federalsentencing.net

By: _____
**BENSON B. WEINTRAUB**
Florida Bar No. 0486418



**CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing notice was delivered by mail this 1st day of February 2001 to: PAUL SCHWARTZ, AUSA 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL. 33301 and Dedra Pratt, USPO 299 East Broward Blvd. Ft. Lauderdale, FL. 33301