UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

Case No.: 00-6154-CR DIMITROULEAS

Plaintiff,

vs.

BERT CASKILL,

Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that **JAY A. WHITE, ESQUIRE of WHITE, WHITE & ASSOCIATES** enters his Appearance on behalf of the Defendant, **BERT CASKILL**. The Clerk of this Court and the United States Attorney are kindly requested to send copies of all Court notices and pleadings pertaining to this cause to the undersigned.

LAW OFFICES OF WHITE, WHITE & ASSOCIATES
Suite 200 - White Building
One Northeast Second Avenue
Miami, Florida 33132
(305) 358-1100- Telephone
(305) 358-2503- Telecopier

BY: _____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, ASA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this _____ day of May 2003.

BY: _____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850