UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.

BERT CASKILL,

Defendant.
_____/

Case No.: 00-6154-CR DIMITROULEAS

### UNOPPOSED MOTION TO TRAVEL

THE DEFENDANT, BERT CASKILL, by and through his undersigned counsel, hereby files this Unopposed Motion To Travel, and as grounds would state as follows:

1. The Defendant wishes to travel, on a private charter, departing Thursday, June 5, 2003 at 9:00 a.m. from the Jet Center at Ft. Lauderdale Airport and staying at a private condo, which was rented by his relatives, in Cape Eleuthera, Eleuthera, Bahamas and returning on Sunday, June 8, 2003 at approximately 4:00 p.m., on a private charter, to Ft. Lauderdale.

2. Undersigned has spoken to the Assistant State Attorney, Paul Schwartz and he has voiced no objection to the granting of this motion.

WHEREFORE, THE DEFENDANT, respectfully requests this Honorable Court GRANT this Unopposed Motion To Travel.

Respectfully Submitted,

LAW OFFICES OF FREEDMAN & WHITE
Suite 200 - The White Building
One Northeast Second Avenue
Miami, Florida 33132
(305) 358-1100 Telephone
(305) 358-2503 Telecopier

BY: _____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850

USA vs. Bert Caskill
Case No. 00-6154-CR-Dimitirouleas
Page 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, ASA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this _21_ day of May 2003.

BY: _____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850

WHITE, WHITE & ASSOCIATES, P.A., ATTORNEYS AT LAW, THE WHITE BUILDING, SUITE 200, ONE N.E. SECOND AVENUE, MIAMI, FL 33132-2507
TELEPHONE (305) 358-1100 • FACSIMILE (305) 358-2503