UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.

BERT CASKILL,

Defendant.
_____/

Case No.: 00-6154-CR DIMITROULEAS

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that defendant will be permitted to travel to Cape Eleuthera, Eleuthera, Bahamas from June 5, 2003 through June 8, 2003.

**DONE AND ORDERED** at ~~Miami~~, Florida this _____ day of _____, 2003.

JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

cc:   Paul Schwartz, AUSA
      Tony Gagliardi, Probation Officer
      Jay A. White, Esq.

