UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA           Case No.: 00-6154-CR DIMITROULEAS

      Plaintiff,

vs.

BERT CASKILL,

      Defendant.
_____/

## MOTION TO RETURN PASSPORT

THE DEFENDANT, BERT CASKILL, by and through his undersigned counsel, hereby files this Motion to Return Passport, and as grounds would state as follows:

1. This Court granted Defendant's Unopposed Motion to Travel to Eleuthera, Bahamas.

2. The Defendant requests his passport to travel out of the country and return. Pretrial Services currently has possession of the passport, which Defendant requests be returned to him for the purpose of his upcoming travel.

WHEREFORE, THE DEFENDANT, respectfully requests this Honorable Court GRANT this Motion to Return Passport.

Respectfully Submitted,

LAW OFFICES OF WHITE, WHITE & ASSOCIATES
Suite 200 - The White Building
One Northeast Second Avenue
Miami, Florida 33132
(305) 358-1100 Telephone
(305) 358-2503 Telecopier

BY: _____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850

USA vs. Bert Caskill
Case No. 00-6154-CR-Dimitirouleas
Page 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, ASA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 2nd day of June 2003.

BY: _____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850