UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,             CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

BERT CASKILL,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on Defendant's June 2, 2003 Motion to Return Passport, and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(1)(g) and 7.1(A)(2), nevertheless, it is hereby

ORDERED AND ADJUDGED that the Motion to Return Passport is Granted. Pretrial Services shall return Defendant's passport to him for his travel from June 5, 2003 to June 8, 2003. Upon Defendants return to the United States, he shall return his passport to Pre-Trial Services.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3 day of June, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jay White, Esquire
1 N.E. 2nd Avenue, #200
Miami, Florida 33132



Paul Schwartz, AUSA

Tony Gagliardi, USPO

Pre-Trial Services