FILED by _____ D.C.
ELECTRONIC

Mar 17 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                Case No.: 00-6154-CR DIMITROULEAS

          Plaintiff,

vs.

BERT CASKILL,

          Defendant.
_____/

### UNOPPOSED MOTION TO TRAVEL

        The Defendant, BERT CASKILL, by and through his undersigned counsel, hereby files this Unopposed Motion To Travel, and as grounds would state as follows:

        1.     The Defendant wishes to travel, on a private charter, departing Thursday, March 25, 2004 at 9:00 a.m. from the Jet Center at Ft. Lauderdale Airport and staying at a private condo, which was rented by his relatives, in Cape Eleuthera, Eleuthera, Bahamas and returning on Sunday, March 28, 2004 at approximately 4:00 p.m., on a private charter, to Ft. Lauderdale.

        2.     Undersigned has spoken to the Assistant United States Attorney, Paul Schwartz, and he has voiced no objections to the granting of this motion.

        WHEREFORE, THE DEFENDANT, respectfully requests this Honorable Court grant this Unopposed Motion To Travel.

                              Law Offices of White, White & Associates
                              The White Building - Suite 200
                              One Northeast Second Avenue
                              Miami, Florida 33132
                              (305) 358-1100 Telephone
                              (305) 358-2503 Telecopier
                              Email: jawhite@speakeasy.net

                              By: "s/."_____
                                  JAY A. WHITE, ESQUIRE
                                  FLORIDA BAR NO. 717850

USA vs. Bert Caskill
Case No. 00-6154-CR-Dimitirouleas
Page 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, ASA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 12th day of March 2004.

By: "s/."_____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

Case No.: 00-6154-CR DIMITROULEAS

Plaintiff,

vs.

BERT CASKILL,

Defendant.
_____/

## ORDER ALLOWING TRAVEL

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant will be permitted to travel to Cape Eleuthera, Eleuthera, Bahamas from March 25, 2004 through March 28, 2004.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this _____ day of _____, 2004.

_____
JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

cc:  Paul Schwartz, AUSA
     Tony Gagliardi, Probation Officer
     (Via Facsimile 954-557-8941)
     Jay A. White, Esq.