FILED
ELECTRONIC

Jul 12 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA  Case No.: 00-6154-CR DIMITROULEAS

        Plaintiff,

vs.

BERT CASKILL,

        Defendant.
_____/

## MOTION TO TRAVEL

      The Defendant, BERT CASKILL, by and through his undersigned counsel, hereby files this Motion To Travel, and as grounds would state as follows:

      1. The Defendant wishes to travel, on a private charter, departing Thursday, July 15, 2004 at 9:00 a.m. from the Jet Center at Ft. Lauderdale Airport and staying at a private condo in Cape Eleuthera, Eleuthera, Bahamas and returning on Sunday, July 18, 2004 at approximately 4:00 p.m., on a private charter, to Ft. Lauderdale.

      2. Undersigned has not been able to contact Assistant United States Attorney, Paul Schwartz, regarding his position on this motion. Probation Officer, Tony Gagliardi could not be reached as well.

      WHEREFORE, the Defendant, respectfully requests this Honorable Court grant this Motion To Travel.

                          Law Offices of White, White & Associates
                          The White Building - Suite 200
                          One Northeast Second Avenue
                          Miami, Florida 33132
                          (305) 358-1100 Telephone
                          (305) 358-2503 Telecopier
                          Email: jawhite@speakeasy.net

                          By: "s/."_____
                              JAY A. WHITE, ESQUIRE
                              FLORIDA BAR NO. 717850

USA vs. Bert Caskill
Case No. 00-6154-CR-Dimitirouleas
Page 2

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, AUSA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 10th day of July 2004.

By: "s/."_____
JAY A. WHITE, ESQUIRE
FLORIDA BAR NO. 717850

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA				Case No.: 00-6154-CR DIMITROULEAS

        Plaintiff,

vs.

BERT CASKILL,

        Defendant.
_____/

### ORDER ALLOWING TRAVEL

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant will be permitted to travel to Cape Eleuthera, Eleuthera, Bahamas from July 15, 2004 through July 18, 2004.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this _____ day of _____, 2004.

_____
JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

cc:    Paul Schwartz, AUSA
        Tony Gagliardi, Probation Officer
        (Via Facsimile 954-557-8941)
        Jay A. White, Esq.