

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

BERT CASKILL,

    Defendant.
_____/

## ORDER DENYING MOTION TO TRAVEL

THIS CAUSE having come before this Honorable Court on Defendant's July 12, 2004 Motion to Travel [DE-728] and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant will not be permitted to travel to Cape Eleuthera, Eleuthera, Bahamas from July 15, 2004 through July 18, 2004; counsel did not contact the prosecutor or probation officer. Insufficient time exists for this Court to defer ruling. The Motion to Travel [DE-728] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of July, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA
Tony Gagliardi, Probation Officer (via fax 954-557-8941)
Jay A. White, Esquire

