FILED ELECTRONIC
Jul 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                    Case No.: 00-6154-CR DIMITROULEAS

        Plaintiff,

vs.

BERT CASKILL,

        Defendant.
_____/

### RENEWED UNOPPOSED MOTION FOR TRAVEL

The Defendant, BERT CASKILL, by and through his undersigned counsel, hereby files this Motion for Reconsideration, and as grounds would state as follows:

1. The Defendant wishes to travel, on a private charter, departing Thursday, July 15, 2004 at 9:00 a.m. from the Jet Center at Ft. Lauderdale Airport and staying at a private condo in Cape Eleuthera, Eleuthera, Bahamas and returning on Sunday, July 18, 2004 at approximately 4:00 p.m., on a private charter, to Ft. Lauderdale.

2. Undersigned has contacted Assistant United States Attorney, Paul Schwartz and Probation Officer, Tony Gagliardi. Both have no objection to this motion.

WHEREFORE, the Defendant, respectfully requests this Honorable Court to reconsider its previous ruling.

                Law Offices of White, White & Associates
                The White Building - Suite 200
                One Northeast Second Avenue
                Miami, Florida 33132
                (305) 358-1100 Telephone
                (305) 358-2503 Telecopier
                Email: jawhite@speakeasy.net

By: "s/."_____
      JAY A. WHITE, ESQUIRE
      FLORIDA BAR NO. 717850

USA vs. Bert Caskill
Case No. 00-6154-CR-Dimitirouleas
Page 2

_____

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, AUSA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 14th day of July 2004.

                      By: "s/."_____
                           JAY A. WHITE, ESQUIRE
                           FLORIDA BAR NO. 717850

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                    Case No.: 00-6154-CR DIMITROULEAS

        Plaintiff,

vs.

BERT CASKILL,

        Defendant.
_____/

## ORDER ALLOWING TRAVEL

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant will be permitted to travel to Cape Eleuthera, Eleuthera, Bahamas from July 15, 2004 through July 18, 2004.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this _____ day of _____, 2004.

_____
JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

cc:    Paul Schwartz, AUSA
       Tony Gagliardi, Probation Officer
       (Via Facsimile 954-557-8941)
       Jay A. White, Esq.