UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                Case No.: 00-6154-CR DIMITROULEAS

       Plaintiff,

vs.

BERT CASKILL,

       Defendant.
_____/

**ORDER ALLOWING TRAVEL** (Renewed Unopposed Motion)

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant will be permitted to travel to Cape Eleuthera, Eleuthera, Bahamas from July 15, 2004 through July 18, 2004.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 14 day of July, 2004.

JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

cc:    Paul Schwartz, AUSA
       Tony Gagliardi, Probation Officer
       (Via Facsimile 954-557-8941)
       Jay A. White, Esq.

FILED by _____ D.C.

JUL 14 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.