FILED ELECTRONIC
Jan 24 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                    Case No.: 00-6154-CR DIMITROULEAS

        Plaintiff,

vs.

BERT CASKILL,

        Defendant.
_____/

## UNOPPOSED MOTION TO TRAVEL

The Defendant, BERT CASKILL, by and through his undersigned counsel, hereby files this Motion To Travel, and as grounds would state as follows:

1. The Defendant wishes to travel, for vacation, departing Friday, February 11, 2005 to Atlantis Paradise Island in Nassau, Bahamas and returning on Tuesday, February 15, 2005.

2. Undersigned counsel has contacted Assistant United States Attorney, Paul Schwartz and United States Probation Officer, Tony Gagliardi and they has voiced no objection to the granting of this motion.

WHEREFORE, the Defendant, respectfully requests this Honorable Court grant the relief sought herein.

        Law Offices of White, White & Associates
        The White Building - Suite 200
        One Northeast Second Avenue
        Miami, Florida 33132
        (305) 358-1100 Telephone
        (305) 358-2503 Telecopier
        Email: jawhite@speakeasy.net

By: "s/."_____
    JAY A. WHITE, ESQUIRE
    Fla. Bar No.: 717850

USA vs. Bert Caskill
Case No. 00-6154-CR-Dimitirouleas
Page 2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to Paul Schwartz, AUSA, 299 E. Broward Boulevard, Ft. Lauderdale, Florida 33301 and Tony Gagliardi, Probation Officer, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 24th day of January 2005.

                              By: "s/."_____
                                   JAY A. WHITE, ESQUIRE
                                   Fla. Bar No.: 717850

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                    Case No.: 00-6154-CR DIMITROULEAS

    Plaintiff,

vs.

BERT CASKILL,

    Defendant.
_____/

## ORDER ALLOWING TRAVEL

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant will be permitted to travel to Atlantis Paradise Island in Nassau, Bahamas from February 11, 2005 through February 15, 2005.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this _____ day of _____, 2005.

                                                              JUDGE WILLIAM P. DIMITROULEAS
                                                              U.S. DISTRICT JUDGE

cc:    Paul Schwartz, AUSA
       Tony Gagliardi, Probation Officer
       (Via Facsimile 954-557-8941)
       Jay A. White, Esq.