UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA                Case No.: 00-6154-CR DIMITROULEAS

           Plaintiff,
vs.

BERT CASKILL,

           Defendant.
_____/

## ORDER ALLOWING TRAVEL

**THIS CAUSE** having come before this Honorable Court and the Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant will be permitted to travel to Atlantis Paradise Island in Nassau, Bahamas from February 11, 2005 through February 15, 2005.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this ___ day of _____, 2005.

JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE

cc:    Paul Schwartz, AUSA
       Tony Gagliardi, Probation Officer
       (Via Facsimile 954-557-8941)
       Jay A. White, Esq.

